# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ortiz Glaze

                Plaintiff,

v.                                        Case No.: 1:14–cv–03120
                                        Honorable Amy J. St. Eve

Louis Garcia, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Settlement conference held on 11/25/2014. Parties were unable to reach an agreement to settle the case at this time. Plaintiff's motion to quash [80] is entered. Response by 12/5/14. Reply by 12/9/14. The City of Chicago has until 12/12/14 to fully comply with the Court's 10/8/14 order. Parties shall submit an agreed order regarding the cell phone to Judge St. Eve's proposed order email by 12/1/14. Status hearing set for 12/16/14 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.