UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ortiz Glaze
                Plaintiff,

v.                                               Case No.: 1:14–cv–03120
                                                  Honorable Amy J. St. Eve

Louis Garcia, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 1/21/15. Defendant Garcia's motion to compel [94] is granted in part and taken under advisement in part. Plaintiff's response shall be filed by 1/28/15. Reply by 2/3/15. 4Discovery, LLC shall provide plaintiff's cell phone records from 1/2013 through 4/2013 to the court for an in camera review by 1/23/15. Plaintiff shall also provide a hard copy of these documents by 1/23/15. Settlement conference remains set for 1/28/15 at 2:00 p.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.