# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ortiz Glaze,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No. 14 C 3120
Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of plaintiff Ortiz Glaze and against defendant City of Chicago in the amount of $350,000 plus reasonable attorney's fees and costs accrued to date in an amount not to exceed $150,000 on Count IX of the First Amended Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion

Date: 3/3/2015                                    Thomas G. Bruton, Clerk of Court

                                                   Katie Franc, Deputy Clerk